EXHIBIT "A"

A QUIEN CORRESPONDA

BUEN DIA MI NOMBRE ES JOSE RAMIREZ.

ES UNA CARTA PARA MI MUY DIFICIL DE ESCRIBIR, PERO LA ESCRIBO CON TODA HONESTIDAD DESDE EL FONDO DE MI CORAZÓN

CONOCI A MI AMIGO ANGEL GARCIA HACE COMO UNOS 4 AÑOS Y PARA SER HONESTOS NO ME CAYO BIEN, FUE DE UNA MANERA INUSUAL YO EN ESE TIEMPO TENIA UNA AGENCIA DE MODELOS, RECUERDO QUE EL ES DISEÑADOR DE ROPA, ENTRE MUCHAS COSAS MAS (EMPRESARIO, YOUTUBER, INFLUENCER) EL LLEVO SU ROPA A MODELAR CON SUS MODELOS, DIGO QUE ME CAYO MAL PORQUE YO LO JUZGUE SIN HABERLO CONOCIDO SIMPLEMENTE CREIA QUE ERA MUY SUPERFICIAL Y FRIVOLO LLEVO UNA PERSONA CON UNA REPLICA DE SU CABEZA, ESA NOCHE NO CONVIVI CON EL.

PASARON ALGUNOS MESES Y LA VIDA CRUZO NUESTROS CAMINOS, YO EN ESTE MOMENTO ESTABA PASANDO UNA CRISIS FINANCIERA Y ESPIRITUAL. DE LA FORMA MAS INUSUAL NOS CONVERTIMOS EN AMIGOS ME ATREVO A DECIR QUE TENEMOS BASTANTES COSAS EN COMÚN.

NO VOY A EN-ALTECER A MI AMIGO DICIENDO QUÉ ES UN GRAN FILANTROPO O ESA COSAS QUÉ PODRIAN HACER QUÉ UNA PERSONA SE PAREZCA A LA MADRE TERESA PERO SI DIRE QUE CON SUS PALABRAS Y ESAS CANCIONES CRISTIANAS HIZO QUE YO VOLVIERA A RECUPERAR MI FE.

LO CONOCI COMO LA PERSONA QUE ES REALMENTE Y NO SU ALTER EGO "TMAYAR LOUNG" CONOCI SU ESCENCIA INCLUSO UNA VEZ COMPUSO UNA CANCION PARA MI ESPOSA Y PARA MI EN UN 14 DE FEBRERO.

ME DA MUCHA TRISTEZA SU SITUACIÓN EN ESTE MOMENTO ETRAÑO A MI HERMANO COMO AHORA NOS LLAMAMOS, EL AÚN EN ESTA SITUACIÓN EN LA QUE EL ESTA SIGUE AYUDANDOME JUNTO CON SU HERMANO JUAN. TRABAJO CON ELLOS DISEÑANDO Y ADMINISTRANDO SU PAGINA DE INTERNET.

SOLO ME RESTA DECIR QUE TANTO MI FAMILIA Y YO PEDIMOS A DIOS POR EL EN NUESTRAS ORACIONES. AHORA QUIERO DECIR QUE VARIAS FAMILIAS DEPENDEMOS DE SU PRECENSIA YA QUE ES LA IMAGEN DE LA COMPAÑIA.

... JURO DECIR VERDAD EN TODO LO ESCRITO

JOSE RAMIREZ

jramp14@hotmail.com

FB: JOSE RAMIREZ

TRANSLATION:

To Whom It May Concern:

Good afternoon, my name is Jose Ramirez and this letter is very difficult for me to write, but I am writing with complete honesty from the bottom of my heart.

I met my friend Angel Garcia about four years ago, and to be honest, I didn't like him very much because he was not a usual person. During that time I owned a Modeling Company and he was a Clothes Designer, among many other things (entrepreneur, youtuber, influencer). He took his clothes to be modeled by his models. I said I didn't like him at first, but it was because I judged him before I really got to know him. Actually I thought he was superficial and frivolous. He took a person with a replica of his head and that night I did not hang out with him.

A few months later our paths crossed again and that time I was going through a financial and spiritual crisis. In a most unusual manner,

We became friends and I dare say we have a lot in common.

I am not going to extol my friend saying that he is a great philanthropist or that he has more in common with Mother Teresa, but what I will say, that with his Words and his Christian Songs, he helped me recuperate my Faith.

I met him as the person he truly is not his alter ego. I met his Essence, in fact one time he composed a song for my wife and also for me on February 14th.

The situation that my brother (which is what we call each other now) finds himself in right now makes me very sad. Even though he is in the situation he is in, he continues helping me with his brother Juan. He works with them designing and administering his internet page.

The last thing I want to say is that not only do I but also my family, we Pray to the Lord for him in our Prayers. I would like to say that there are many of us families who depend on his presence because he is the image of the Company.

...I swear I told the truth in everything I wrote.

Sincerely,

Jose Ramirez

jramp14@hotmail.com
FB: Jose Ramirez

trans:ssc

Hola muy buenos días o tardes o noches sr. juez espero y este pasando un buen día, me presento me llamo Julia Camila Ramírez Flores tengo 13 años soy la hija de un gran amigo de angel, soy fan de angel o tambien conocido como fhaar es muy buena persona es muy carismatico y con demasiado talento lo extrañamos toda la familia por que es como un tío para nosotras.

TRANSLATION:

Hello and a very good day or afternoon or evening.

Your Honor, I hope you are having a great day.

Let me take a moment to introduce myself. My name is Julia Camila Ramirez Flores and I am thirteen years of age and I am the daughter of a very good friend of Angel's.

I am a fan of Angel's or also we know him as Fhaar. He is a very good person, he is charismatic, and has quite a bit of talent. My whole family and I miss him very much because he is like an uncle to us.

trans:ssc

A quién Corresponda.

Por medio de la Presente hago Constar que yo Adriana Elizabeth Alvarado residente en la ciudad de Tijuana, B.C. conozco al señor Ángel Rafael García Gonzales desde hace 6 años.

Ángel es una Persona responsable, noble, altruista de correctos Procederes, trabajadora y honesta.

Agradezco su atención

Adriana Elizabeth Alvarado

TRANSLATION:

To Whom It May Concern:

I am taking this opportunity to confirm that I, Adriana Elizabeth Alvarado, am a resident of the city of Tijuana, Baja California. I would like to confirm that I have known Angel Rafael Garcia Gonzalez for over six years.

Angel is a responsible, noble, altruistic, hard working, and honest person.

I appreciate your attention.

Sincerely,

Adriana Elizabeth Alvarado

trans:ssc

Hola, Buen día! Mi nombre es Itzel Orendain. Angel es mi primo, él es una persona muy linda tiene un corazón hermoso, siempre desea lo mejor para los demás. Es un buen ser humano por sus actos y sus palabras con todos y lo que más me gusta de su forma de ser es que siempre tiene un buen consejo para compartir.

A él lo conozco de toda la vida, es un hombre respetable y bondadoso. Nunca he sido testigo de una mala actitud de su parte, al contrario siempre está sonriendo. Es muy amable y amoroso.

Él siempre a estado para mi en todo momento es un padre para mi y lo quiero muchísimo y estoy muy agradecida por todo lo que me ha dado.

¡Gracias por el tiempo de leerme!.

  Atentamente: Itzel Orendain.

TRANSLATION:

Hello, Good day! My name is Hazel Orendain. Angel is my cousin and he is a very wonderful person, he has a beautiful heart, and he always wishes the best for everyone. He is a good human being because of his actions and his words with everybody. What I love the most about him is the way he treats people and always has some good advice to give them.

I have known him my whole life. He is a respectful and kind man. I have never been a witness to any unkind words or bad attitudes. On the contrary, he is always smiling, very kind, and loving.

He has always been there for me in every moment I have needed him. He is like a father for me and I love him very much and I am very grateful for everything he has given me.

Thank you for the time you spent reading this letter.

Sincerely,

Hazel Orendain

trans:ssc

A quien corresponda.
Mi hombre es María Guadalupe G.M.
Soy tia de Angel García G.

Angel es un hijo para mi, lo he visto crecer y me siento tan orgullosa de el hombre en el que se ha convertido un hombre de bien, se me llena el corazón de alegría cuando lo veo cantar en un esenario y cuando lo veo en sus entrevistas en televicion.

Me gusta su manera de ser tan noble tiene un corazón inmenso que no le cabe en el pecho, no tengo mas que puras palabras bonitas para expresarme de el, siempre ayudando ayudando a quien mas lo necesita y queriendo ser un ejemplo bueno para los demas.

Sin mas que decir me despido.
Gracias.

Atentamente:

Maria Guadalupe Gonzalez.

TRANSLATION:

To Whom It May Concern:

My name is Maria Guadalupe G.M. I am Angel Garcia's aunt.

Angel is a son for me. I have seen grow up and I feel very proud of the man he has become. He has become a good man and it fills my heart with happiness when I see him sing on his stage and I see him in his interviews on television.

I like his way of being because he is so kind, noble, and he has an enormous heart that does not fit in his chest. All I have to describe him are good words. He is always helping people who need it the most and always trying to be a good example for others.

With nothing further to say. Thank you for your attention,

Sincerely,

Maria Guadalupe Gonzalez

trans:ssc

A quien corresponda, Buen día

Me llamo Dilan Gael O. G.
Soy primo de angel

Desde muy pequeño yo perdi a mi papá
y mi primo Angel me dijo que siempre
estaria para mi y es verdad por eso
el se comvirtio en mi papa nunca me
ha faltado nada, el se hizo responsable
de mi, estoy muy agradecido por
por todas las oportunidades que me
hadado y me ha apoyado en mi
educacion escolar no tengo mas
que cosas buenas para expresarme
de el, para mi es lo mejor, estoy
agradecido y lo quiero mucho.

Atentamente:

Dilan Gael Arendain Gonzalez

TRANSLATION:

To Whom It May Concern:

Good morning, My name is Dilan Gael O.G., I am Angel's cousin.

Ever since I was very young, I lost my father and he told me he would always be around for me. It has always been the truth and that is why he converted into my father.

I have never gone without and he has always made sure I had all my necessities. That is why I am very grateful and appreciative to him for all he has done for me and all the opportunities he has given me. He has always assisted me in my studies and the truth is I only have nice things to say about him.

To me he is the best of the best, I love him very much and I appreciate him.

Sincerely,

Dilan Gael Orendain Gonzalez

trans:ssc

# A Quien Corresponda:

Mi nombre es Brandon Orendain Gonzalez, tengo la edad de 18 años y soy primo/hermano de Angel Rafael Garcia Gonzalez, tengo conociendolo toda mi vida, de echo el es muy unido a mi familia, aproximadamente por el 2011, mi papa biologico no estuvo muy presente y Angel siendo mi primo se volvio como un padre para mi, yo se que es una persona honesta, trabajadora y que no le haria daño a nadie, ya que son los valores que el me a inculcada a mi.
Solo me queda pedirle a dios y a la vida que pronto este con nosotros.

Muchas Gracias por leer esta carta.

Atte: Brandon.

TRANSLATION:

To Whom It May Concern:

My name is Brandon Orendain Gonzalez and I am 12 years of age and I am the cousin of Angel Rafael Garcia Gonzalez.

I have known him my whole life and in fact he is very close with my family. Approximately around 2011, my biological father was not very involved with me and Angel being my cousin he turned into a father for me.

I know that he is an honest person, a very hard worker and that he would never do anything to harm anyone, because those are the values he has instilled in me.

The only thing left for me in my life is to ask the Lord to please bring him back to us soon.

Sincerely,

Brandon

trans:ssc